UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE No. 11-20575-CIV-JORDAN

EUGENE E. MACK,                                )
                                               )
            Plaintiff                          )
                                               )
vs.                                            )
                                               )
VICTOR MAZZARELLA, et al.                      )
                                               )
            Defendant                          )
_____      )

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Following a de novo review, I ADOPT Magistrate Judge White report and recommendation dismissing in part and upholding in part Mr. Mack's *pro se* complaint under 28 U.S.C. § 1915(e)(2)(B)(ii) [D.E. 10], to which Mr. Mack has not objected.

Mr. Mack shall proceed with his claims against the defendants for malicious prosecution under both 42 U.S.C. § 1983 and Florida law. His claims for unlawful arrest without a warrant or probable cause, slander, and for damages stemming from his mother's death (in connection with his pending claims) are dismissed without prejudice.

DONE and ORDERED in chambers in Miami, Florida, this 24th day of May, 2011.

_____
Adalberto Jordan
United States District Judge

Copy to:      Magistrate Judge White
              All Counsel of Record